UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
ANTHONY TROCCHIA,

                        Plaintiff,

          -against-

WILLIAMSBURG DENTAL WORKS AND
ANGELO LOMONTE AS TRUSTEE,

                      Defendants.
------------------------------------------------------------ X

CASE NO. 1:16-cv-2042 -LDH-RLM

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaint, ANTHONY TROCCHIA, and Defendants, WILLIAMSBURG DENTAL WORKS AND ANGELO LOMONTE AS TRUSTEE, by and through their respective undersigned counsel, hereby notify this Honorable Court that settlement has been reached in the above-referenced case among all parties. This settlement agreement is in the process of being drafted, and the parties shall file a Stipulation of Dismissal With Prejudice thereafter.

Dated: December 13, 2016

| The Marks Law Firm, P.C. | Law Offices of Nolan Klein, P.A. |
|---|---|
| By: [signature] <br> Bradly G. Marks, Esq. <br> 175 Varick Street, 3rd Fl <br> New York, NY 10014 <br> Tel: (646) 770-3775 <br> *Attorneys for Plaintiff* | By: /s/ Valerie Ferrier <br> Valerie K. Ferrier, Esq. <br> 347 W. 36th St., Ste. 805, <br> New York, NY 10018 <br> Tel: (646) 560-3230 <br> *Attorneys for Defendant* <br> *WILLIAMSBURG DENTAL WORKS* |

Capell Barnett, Matalon & Sschoenfeld, LLP.

By: /s/ John Geida
John F. Geida, Esq.
Of-Counsel
225 West 35th Street | 16th Floor
New York, New York 10001
*Attorneys for Defendant*
*ANGELO LOMONTE AS TRUSTEE*


SO ORDERED:

Hon. _____          Dated: _____

2