UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ANTHONY TROCCHIA,

                Plaintiff,

-AGAINST-

WILLIAMSBURG DENTAL WORKS AND
ANGELO LOMONTE AS TRUSTEE,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

CASE NO. 1:16-cv-2042 -LDH-RLM

**STIPULATION OF DISCONTINUANCE *WITH PREJUDICE***

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JAN 31 2017 ★
BROOKLYN OFFICE

      **IT IS HEREBY STIPULATED AND AGREED,** by and among the undersigned counsel for the parties, Defendants, WILLIAMSBURG DENTAL WORKS AND ANGELO LOMONTE AS TRUSTEE and Plaintiff, ANTHONY TROCCHIA:

      **IT IS HEREBY FURTHER STIPULATED AND AGREED,** Counsel represent that they have been authorized by their respective clients to execute this Stipulation.

      **IT IS HEREBY FURTHER STIPULATED AND AGREED,** No party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

      **IT IS HEREBY FURTHER STIPULATED AND AGREED,** The entire above entitled action is discontinued with prejudice pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 41 as against Defendant and without costs to any party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

      **IT IS HEREBY FURTHER STIPULATED AND AGREED,** that this stipulation may be executed in counterparts and that facsimile/photocopy signatures may be accepted as originals for all purposes, including filing with the court.

      **IT IS HEREBY STIPULATED AND AGREED** that this stipulation may be filed

without further notice with the Clerk of the Court by any party herein.

Dated: New York, New York
January 9, 2017

THE MARKS LAW FIRM, PC

By: _____
Bradly G. Marks, Esq.
175 Varick Street, 3rd Fl
New York, New York 10014
(t) 646-770-3775
(f) 646-867-2639
Email: brad@markslawfirm.net
*Attorney for Plaintiff*

LAW OFFICES OF NOLAN KLEIN, P.A.

By: _____
Valerie K. Ferrier, Esq.
347 W. 36 St., Ste. 805
New York, NY 10018
Tel: (646) 560-3230
*Attorneys for Defendant*
WILLIAMSBURG DENTAL WORKS

CAPELL BARNETT, MATALON & SSCHOENFELD, LLP.

By: _____
John F. Gelda, Esq. Of-Counsel
225 West 35 Street | 16 Floor
New York, New York 10001
*Attorneys for Defendant*
ANGELO LOMONTE AS TRUSTEE

So Ordered

s/ LaShann DeArcy Hall
_____
LaShann DeArcy Hall
United States District Judge